JENNIFER M. FEST, CSR

Official Court Reporter

424th Judicial District

208 Elm Lodge Drive

Kingsland, Texas 78639

(512)715-5238

424reporter@gmail.com

November 30, 2015

RE: Burnet Cause No. 42388

3rd COA Cause No.03-15-00668-CR

The State of Texas vs. Charles Newman Smith, Jr.

Honorable Clerk:

Due to my trial schedule, I am writing to request an extension of time of 30 days to complete the Reporter's Record in the above-entitled cause. The current due date is listed as 12/7/15.  This Reporter's Record is approximately 500+ pages and includes extensive exhibits.

Thanks,

/s/ Jennifer M. Fest